# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF:: H.A.Y., A MINOR | : | No. 413 MAL 2017 |
| | : | |
| | : | |
| PETITION OF:  S.R.Y., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| IN THE INTEREST OF: S.R.Y., JR., A MINOR | : | No. 414 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF:  S.R.Y., FATHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.